# Exhibit B

```
Y1FCA50254
```
|||||||||||||||||||||||||||||||||||||||||||

PO Box 612
Milwaukee WI 53201-0621
ADDRESS SERVICE REQUESTED



**PPS** PROFESSIONAL PLACEMENT SERVICES, LLC
888-828-5368

February 2, 2018

PPS Account #: ███0728
Balance: $3582.77

```
0008120024006207633953154771406-1YA1--Y1FCA50254  1245
```
801 - 1245
RONALD A UNTERSHINE
143 E Pine Hollow Ln Apt 6
Oak Creek WI 53154-7714



Professional Placement Services, LLC
PO Box 612
Milwaukee WI 53201-0612

*** Detach Upper Portion And Return With Payment ***

Creditor:            Capital One, N.A.
Original Creditor:   Capital One N.A.
Re:                  Your Kohl's Credit Card Account XXXXXX8046
PPS Account #:       ███0728
Balance:             $3582.77

1245-ONPPSV10-801-12/28/17

MEMBER



AMERICAN COLLECTORS
*association member*

## COLLECTION NOTICE

This letter will serve to inform you that your delinquent account has been placed with Professional Placement Services, LLC (PPS). PPS will help you resolve this debt!!

The records provided to us show that your account is delinquent.

Please call **888-828-5368** or **414-224-3581** to arrange payment or if any of the above information is incorrect.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor."

**This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.**

Professional Placement Services, LLC • Collection Services Division
272 N 12th Street • PO Box 612 • Milwaukee WI 53201-0612 • 888-828-5368 • 414-224-3581
Office Hours: M-Th 8AM-8PM, Fri 8AM-5PM, Sat 8AM-Noon

- To make a payment by mail, tear off the top portion of this letter and place it in the envelope with a check or money order payable to Professional Placement Services, LLC. Do not remit cash. Put your account number ███0728 on the front of your money order. Stamp and return to the address listed.